U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 24 2014

TONY R. MO- CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JESSIE WILLIAMS, JR.<br>LA. DOC #98416 | CIVIL ACTION NO. 5:14-cv-0204 |
| VS. | SECTION P |
| | JUDGE STAGG |
| WARDEN TIMOTHY KEITH | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of habeas corpus (28 U.S.C. §2254) be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24th day of October, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE